ORIGINAL

FILED

09/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0512

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0512

RICHARD E. SHREVES,

Plaintiff and Appellant,

v.

MONTANA DEPT. OF LABOR &
INDUSTRY and MONTANA DEPARTMENT
OF CORRECTIONS,

Respondent and Appellee.

FILED

SEP 2 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

On his own behalf, Richard E. Shreves petitions this Court for an out-of-time appeal and moves for appointment of counsel. Shreves states that he is incarcerated and was moved to Idaho in late July. He explains that the First Judicial District Court, Lewis and Clark County, entered an order on July 28, 2023, and that he did not learn about the final judgment until August 31, 2023. To support his request of counsel, Shreves adds that, due to his recent placement, he is without access to case law, typewriter, or research to prosecute his appeal.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

Upon review, this Court observes that Shreves's appeal is timely. The District Court entered a final judgment in the civil case on July 28, 2023. The State of Montana Department of Labor and Industry and the Department of Corrections each filed Notice of Entry of Judgment on August 1, 2023, according to the register of actions, secured from the District Court. Because the State of Montana is a party to Shreves's proceeding, Shreves has sixty, not thirty, days to file a timely Notice of Appeal. M. R. App. P. 4(5)(a)(i). Shreves's appeal may proceed.

Shreves, however, is not entitled to appointment of counsel in this appeal. There is no right to appointment of counsel in civil cases under Montana-law. We point out that Shreves represented himself in the District Court.

IT IS THEREFORE ORDERED that Shreves's timely appeal shall proceed under the above Cause Number. Shreves shall prepare, file, and serve a Notice of Appeal on or before Tuesday, October 24, 2023.

IT IS FURTHER ORDERED that Shreves's Motion for Appointment of Counsel is DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Richard E. Shreves along with a copy of this Court's Appellate Handbook.

DATED this 26 day of September, 2023.

Justices

2